# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 11 WAL 2024
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
ROMAN ELON JONES,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.